OPINION — AG — THE LANGUAGE OF 19 O.S. 1961 180.64 [19-180.64] IS CLEAR AND UNAMBIGUOUS TO THE EFFECT THAT THE $5000 PER ANNUM MINIMUM SALARY FOR A COUNTY ATTORNEY OR COUNTY JUDGE SHALL BE PAID IN FULL FROM THE GENERAL FUND OF THE COUNTY CONCERNED UNLESS AND UNTIL 19 O.S. 1961 180.67 [19-180.67](B) BECOMES APPLICABLE IN THAT COUNTY, WHEN AND ONLY WHEN THE " BALANCE NECESSARY TO BRING THE TOTAL ANNUAL SALARY TO $5000 PER ANNUM " SHALL BE PAYABLE FROM THE COURT FUND. (HUGH COLLUM)